Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000868
29-AUG-2014
10:04 AM

NO. CAAP-14-0000868

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JIMMIE E. LLOYD, Petitioner-Appellee, v.
REUBEN KALUAU, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3SS14-1-44K)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On June 2, 2014, Respondent-Appellant Reuben Kaluau (**Appellant**), pro se, filed a notice of appeal;

(2) On June 16, 2014, the appellate clerk informed Appellant that:

(a) filing and docketing fees had not been paid, and that the record could not be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis; and

(b) pursuant to Rule 11(c)(2) of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on August 14, 2014 for such action as the court deemed proper, including dismissal of the appeal; and

(3) Thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaii, August 29, 2014.

Chief Judge

Associate Judge

Associate Judge